1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CHINHAYI J. COLEMAN (CSBN 194542)
   Assistant United States Attorney
4
5      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
       Telephone: (408) 535-5087
6      FAX: (408) 535-5081

7  Attorneys for Defendant UNITED STATES OF AMERICA

8                   UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  JO FAY and THOMAS FAY,          )   No.  C 04-3588 CRB and C 05-1481 CRB
                                    )
13        Plaintiffs,               )   STIPULATION AND [PROPOSED]
                                    )   ORDER APPROVING COMPROMISE
14     v.                           )   SETTLEMENT
                                    )
15  UNITED STATES OF AMERICA,       )
                                    )
16        Defendant.                )
    _____)

17

18

19

20

21

22

23

24

25

26

27

28  STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
    C 04-3588 CRB
    C 05-1481 CRB

1    IT IS HEREBY STIPULATED by and between Plaintiffs Jo Ann Fay and Thomas Fay
2    (collectively "Plaintiffs") and Defendant United States of America, as follows:

3    1.    The parties do hereby agree to settle and compromise <u>Jo Fay and Thomas Fay v.</u>
4    <u>United States of America</u> (Northern District of California Case Number C 04-3588 CRB) and the
5    related case of the same title (Northern District of California Case Number C 05-1481 CRB),
6    under the terms and conditions set forth herein.

7    2.    Defendant United States of America agrees to pay to Plaintiffs Jo Ann Fay and
8    Thomas Fay collectively the sum of _thirty five thousand dollars_    and no cents
9    ($ _35,000_ .00), which sum shall be in full settlement and satisfaction of any and all claims,
10   demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason
11   of any and all known and unknown, foreseen and unforeseen bodily and personal injuries,
12   damage to property and the consequences thereof, resulting, and to result, from the same subject
13   matter that gave rise to the above-captioned lawsuit, including any claims for wrongful death, for
14   which Plaintiffs or their heirs, executors, administrators, or assigns, and each of them, now have
15   or may hereafter acquire against the United States of America, its agencies, agents, servants, and
16   employees.

17   3.    Plaintiffs and their heirs, executors, administrators or assigns hereby agree to
18   accept the sum listed in paragraph 2 in full settlement and satisfaction of any and all claims,
19   demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason
20   of any and all known and unknown, foreseen and unforeseen bodily and personal injuries,
21   damage to property and the consequences thereof which they may have or hereafter acquire
22   against the United States of America, its agencies, agents, servants and employees on account of
23   the same subject matter that gave rise to the above-captioned lawsuit, including any future claim
24   for wrongful death. Plaintiffs and their heirs, executors, administrators or assigns further agree
25   to reimburse, indemnify and hold harmless the United States of America, its agencies, agents,
26   servants or employees from any and all such causes of action, claims, liens, rights, or subrogated
27   or contribution interests incident to or resulting from further litigation or the prosecution of

28

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
C 02-3246 VRW
                                                2

1  claims by Plaintiffs or their heirs, executors, administrators or assigns against any third party or

2  against the United States, including claims for wrongful death.

3      4.    This stipulation for compromise settlement shall not constitute an admission of

4  liability or fault on the part of the United States, its agencies, agents, servants, or employees, and

5  is entered into by the parties for the purpose of compromising disputed claims and avoiding the

6  expenses and risks of litigation.

7      5.    This Agreement may be pled as a full and complete defense to any subsequent

8  action or other proceeding involving any person or party which arises out of the claims released

9  and discharged by the Agreement.

10      6.    It is also agreed, by and among the parties, that the settlement amount of

11  thirty five thousand _____ dollars and no cents ($ 35,000.00) to Plaintiffs

12  collectively represents the entire amount of the compromise settlement and that the respective

13  parties will each bear their own costs, fees, and expenses and that any attorneys' fees or liens

14  owed by Plaintiffs will be paid out of the settlement amount and not in addition thereto.

15      7.    It is also understood by and among the parties that, pursuant to Title 28, United

16  States Code, Section 2678, attorneys' fees for services rendered in connection with this action

17  shall not exceed 25 percent of the amount of the compromise settlement.

18      8.    Payment of the settlement amount will be made by a check drawn on the United

19  States Postal Service for  thirty five thousand  dollars and no cents ($ 35,000 .00)

20  and made payable to Jo Ann Fay, Thomas Fay and the Law Offices of Bennett, Johnson &

21  Galler.

22      9.    In consideration of this Agreement and the payment of the foregoing amount

23  thereunder, Plaintiffs agree that upon notification that the settlement check is ready for delivery,

24  they will deliver to Defendant's counsel a fully executed Stipulation of Dismissal with prejudice

25  of Jo Fay and Thomas Fay v. United States of America, C 04-3588 CRB and the related case Jo

26  Fay and Thomas Fay v. United States of America, C 05-1481 CRB.  Upon delivery of the

27  Stipulations of Dismissal, Defendant's counsel will release the settlement check to Plaintiffs'

28

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
C 02-3246 VRW

1     counsel or his agent.

2           10.     Plaintiffs have been informed that payment may take sixty days or more to

3     process, but Defendant agrees to make good faith efforts to expeditiously process said payment.

4           11.     The parties agree that should any dispute arise with respect to the implementation

5     of the terms of this Agreement, Plaintiffs shall not seek to rescind the Agreement and pursue

6     their original causes of action. Plaintiffs' sole remedy in such a dispute is an action to enforce

7     the Agreement in district court. The parties agree that the district court will retain jurisdiction

8     over this matter for the purposes of resolving any dispute alleging a breach of this Agreement.

9           12.     Plaintiffs hereby release and forever discharge the United States and any and all

10     of its past and present officials, employees, agencies, agents, attorneys, their successors and

11     assigns, from any and all obligations, damages, liabilities, actions, causes of action, claims and

12     demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in

13     equity, known or unknown, arising out of the allegations set forth in the pleadings in this action.

14           13.     The provisions of California Civil Code Section 1542 are set forth below:

15         "A general release does not extend to claims which the creditor does not know or
suspect to exist in his favor at the time of executing the release, which if known
16         by him must have materially affected his settlement with the debtor."

17 Plaintiffs, having been apprised of the statutory language of Civil Code Section 1542 by their

18 attorneys, and fully understanding the same, nevertheless elect to waive the benefits of any and

19 all rights they may have pursuant to the provision of that statute and any similar provision of

20 federal law. Plaintiffs understand that, if the facts concerning Plaintiffs' injuries and the liability

21 of the government for damages pertaining thereto are found hereinafter to be other than or

22 different from the facts now believed by them to be true, the Agreement shall be and remain

23 effective notwithstanding such material difference.

24           14.     This instrument shall constitute the entire Agreement between the parties, and it is

25 expressly understood and agreed that the Agreement has been freely and voluntarily entered into

26 by the parties hereto with the advice of counsel, who have explained the legal effect of this

27 Agreement. The parties further acknowledge that no warranties or representations have been

28

1   made on any subject other than as set forth in this Agreement.  This Agreement may not be

2   altered, modified or otherwise changed in any respect except by writing, duly executed by all of

3   the parties or their authorized representatives.

4

5   Dated:  September 26, 2006

6                                              JO ANN FAY
                                               Plaintiff

7

8   Dated:  September 26, 2006
                                               THOMAS FAY
                                               Plaintiff

9

10                                             LAW OFFICES OF BENNETT, JOHNSON & GALLER

11  Dated: September 26, 2006
                                               RICHARD D. BENNETT
                                               Attorney for Plaintiffs

12

13  Dated: September 26, 2006                  KEVIN V. RYAN
                                               United States Attorney

14

15                                             CHINHAYI J. COLEMAN
                                               Assistant United States Attorney

16

17                          [PROPOSED] ORDER

18  APPROVED AND SO ORDERED.

19  Dated:  October 5, 2006

20                                             THE HONORABLE CHARLES R. BREYER
                                               United States District Court

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
C 02-3246 VRW
                                    5