1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CHINHAYI J. COLEMAN (CSBN 194542)
   Assistant United States Attorney
4
       150 Almaden Blvd., Suite 900
5      San Jose, CA 95113-2009
       Telephone: 408-535-5087
6      Facsimile: 408-535-5081
       E-mail: chinhayi.j.coleman@usdoj.gov
7
   Attorneys for Defendant UNITED STATES OF AMERICA
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                 SAN FRANCISCO DIVISION
12
   JO FAY and THOMAS FAY,         )   No. C 05-1481 CRB
13                                )
         Plaintiffs,               )  STIPULATION AND [PROPOSED]
14                                )   ORDER FOR DISMISSAL WITH
      v.                          )   PREJUDICE
15                                )
   UNITED STATES OF AMERICA,      )
16                                )
         Defendant.                )
17                                )
   _____  )
18
19
20 .
21
22
23
24
25
26
27
28
   STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
   C 05-1481 CRB

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiff Jo Ann Fay, Plaintiff Thomas Fay, and Defendant United States of America, stipulate to the dismissal with prejudice of Jo Fay and Thomas Fay v. United States of America, C 05-1481 CRB. Each party will bear its own costs.

LAW OFFICES OF BENNETT, JOHNSON & GALLER

Dated: October 12, 2006

RICHARD D. BENNETT
Attorney for Plaintiffs Jo Fay and Thomas Fay

Dated: October 13, 2006

KEVIN V. RYAN
United States Attorney

CHINHAYI J. COLEMAN
Assistant United States Attorney

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 19, 2006

THE HONORABLE CHARLES R. BREYER
United States District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
C 05-1481 CRB

1